**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMILAH CRAWFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>AVENUE FAMILY PRACTICE, et al.,<br><br>  Defendants._____/ | No. C 10-1154 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO SEEK AND OBTAIN DISCOVERY AND PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME** |

Pursuant to Civil Local Rule 72-1, the "Motion by Plaintiff to Seek and Obtain Discovery," filed July 8, 2010, plaintiff's "Ex Parte Application for an Order Shortening Time on Motion to Seek and Obtain Discovery," filed July 8, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated:  July 12, 2010

/s/ Vaughn R Walker
VAUGHN R WALKER for
MAXINE M. CHESNEY
United States District Judge